JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

JUAN DE JESUS RIOS JOAQUI,

Petitioner,

v.

WARDEN OF ADELANTO DETENTION CENTER, DESERT VIEW FACILITY, et al.,

Respondents.

No. 5:26-cv-03346-BFM

**JUDGMENT**

Pursuant to the Order Granting Petition (ECF 9), IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Amended Petition (ECF 2) is granted. Petitioner's counsel reports that Petitioner has been released from Respondents' custody. (ECF 10.) The Court therefore directs the Clerk of Court to close this case.

DATED: June 29, 2026



_____
HON. BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE